```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611086916
Cashier ID: almaceh
Transaction Date: 06/12/2013
Payer Name: S AND R SERVICES

CIVIL FILING FEE
 For: RONIE RICHIE
 Case/Party: D-CAN-3-13-CV-002693-001
 Amount:         $400.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 2011
 Amt Tendered:   $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

MEJ


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

