R. Craig Clark (SBN 129219)
James M. Treglio (SBN 228077)
Tessa R. Lessner (SBN 293610)
**CLARK & TREGLIO**
205 W Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (888) 273-4554

Sharon B. Bauman (Bar No. CA 179312)
E-mail: sbauman@manatt.com
Christopher A. Rheinheimer (Bar. No. CA 253890)
E-mail: CRheinheimer@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff and the Class

[ADDITIONAL COUNSEL LISTED ON THE NEXT PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONIE RICHIE, an individual, on behalf of herself, and those similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, and DOES 1 through 100, Inclusive.<br><br>Defendants. | Case No. CV 13 2693 EMC<br><br>Assigned to Judge Edward M. Chen<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER THEREON** |

David Markham (CSB No. 71814)
**THE MARKHAM LAW FIRM**
750 B St, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995
dmarkham@markhamlaw.com

Walter Haines (SBN 071075)
walter@walterhaines.com
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Ave Suite 201
Huntington Beach, CA 92649
Telephone: (877) 696-8378
Facsimile: (562) 256-1006

Andrew L. Satenberg (Bar No. CA 174840)
E-mail: ASatenberg@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION
MOTION AND [PROPOSED] ORDER THEREON

2

WHEREAS, on October 10, 2013, the Court ordered Plaintiff to file her Motion for Class Certification by April 24, 2014 (See Civil Minute Order, dated October 10, 2013);

WHEREAS, on February 1, 2014, Laura M. Cotter, the lead attorney handling Plaintiff's case, unexpectedly left the Clark & Treglio firm;

WHEREAS, Ms. Cotter's sudden and unplanned departure hampered Plaintiff's ability to conduct all necessary pre-certification discovery, including previously noticed depositions of Defendant's employees;

WHEREAS, the noticed depositions still need to be completed, and, due to time constraints, cannot be completed prior to the April 24, 2014 certification motion deadline;

WHEREAS, the Parties have agreed, by and through their attorneys of record, that the filing date for Plaintiff's Motion for Class Certification should be extended until May 27, 2014;

WHEREAS, the Parties further have agreed and hereby request the Court hold a status conference one week after May 27, 2014, on or about June 3, 2014, to allow the Parties to meet and confer regarding a proposed briefing schedule in response to Plaintiff's Certification Motion;

THEREFORE, subject to the approval of the Court, Named Plaintiff RONIE RITCHIE ("Plaintiff") and Defendant BLUE SHIELD OF CALIFORNIA ("Defendant"), through their respective counsel, hereby enter into the following stipulation:

1. Plaintiff shall file her Motion for Class Certification on or before May 27, 2014;

2. A status conference to set a briefing schedule in response to

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER THEREON

3

Plaintiff's Motion for Class Certification shall be held approximately one week later, on or about <u>June 3, 2014</u>.

Dated: April ____, 2014  **Clark & Treglio**

By: _____
R. Craig Clark
James M. Treglio
Attorneys for Plaintiff,
Ronie Richie

Dated: April  9 , 2014  **Manatt, Phelps & Phillips, LLP**

By: _____
Christopher A. Rheinheimer
Attorneys for Defendant
Blue Shield of California

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER THEREON

Plaintiff's Motion for Class Certification shall be held approximately one week later, on or about <u>June 3, 2014</u>.

Dated: April 10, 2014          **Clark & Treglio**

By:   _/s/ James M. Treglio_____
       R. Craig Clark
       James M. Treglio
       Attorneys for Plaintiff,
       Ronie Richie

Dated: April ____, 2014          **Manatt, Phelps & Phillips, LLP**

By:   _____
       Christopher A. Rheinheimer
       Attorneys for Defendant
       Blue Shield of California

# [PROPOSED] ORDER

Based on the Parties' Stipulation and good cause appearing, the Court orders as follows:

1. Plaintiff shall file her Motion for Class Certification on or before May 27, 2014;

2. A status conference shall be held on approximately one week later, on <u>June 5, 2014 10:30 a.m</u>, to set a briefing schedule in response to Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: April 10, 2014



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

_____
Honorable Edward M. Chen

312064321.1

---

JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER THEREON

5

# DECLARATION OF SERVICE

### *RONIE RICHIE v. BLUE SHIELD OF CALIFORNIA*
United States District Court-Central District Case No. CV13 2693 EMC

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 205 w Date Street, San Diego, CA 92101. On April 10, 2014, I served the document(s) described as:

**(1) JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF'S FILING A CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER THEREON**

on the following interested parties and in the manner as follows:

Manatt, Phelps & Phillips, LLP
Sharon B. Bauman (Bar No. CA 179312)
E-mail: sbauman@manatt.com
Christopher A. Rheinheimer (Bar. No. CA 253890)
E-mail: CRheinheimer@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Manatt, Phelps & Phillips, LLP
Andrew L. Satenberg (Bar No. CA 174840)
E-mail: ASatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA

☒ **BY ELECTRONIC ACCESS:** pursuant to Electronic Filing General Order 08-02 and Local Rule 5-4, I hereby certify that the above documents were uploaded to the ECF website and will be posted on the Website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY PERSONAL SERVICE:** by causing the document(s) listed above to be delivered by hand to offices of the addressee(s).

1
**DECLARATION OF SERVICE**

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY OVERNIGHT DELIVERY:** by enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 10, 2014, at San Diego, California.

                                                    /s/ Elizabeth Wilton
                                                    Elizabeth Wilton