1    MANATT, PHELPS & PHILLIPS, LLP
     Sharon B. Bauman (Bar No. CA 179312)
2    E-mail:  sbauman@manatt.com
     Christopher A. Rheinheimer (Bar. No. CA 253890)
3    E-mail:  crheinheimer@manatt.com
     One Embarcadero Center, 30th Floor
4    San Francisco, CA  94111
     Telephone:  (415) 291-7400
5    Facsimile:  (415) 291-7474

6    MANATT, PHELPS & PHILLIPS, LLP
     Andrew L. Satenberg (Bar No. CA 174840)
7    E-mail:  asatenberg@manatt.com
     11355 West Olympic Boulevard
8    Los Angeles, CA  90064-1614
     Telephone:  (310) 312-4000
9    Facsimile:  (310) 312-4224

10   Attorneys for Defendant
     BLUE SHIELD OF CALIFORNIA
11

12                    UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT

14                      SAN FRANCISCO DIVISION

15

16   RONIE RICHIE, an individual, On behalf        No.  CV 13 2693 EMC
17   of herself, and those similarly situated and
     on behalf of the general public,             **JOINT STIPULATION REGARDING
18                                                 BRIEFING SCHEDULE FOR
                  Plaintiff,                       PLAINTIFF'S MOTION FOR CLASS
19                                                 CERTIFICATION;**
            vs.
20                                                 **[PROPOSED] ORDER**
     BLUE SHIELD OF CALIFORNIA, and
21   DOES 1 - 100,                                 Div:    San Francisco
                                                   Judge:  District Judge Edward M. Chen
22                Defendants.
                                                   Date of Filing:   June 12, 2013
23                                                 Trial Date:       None set

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

312286830.1

JOINT STIPULATION RE BRIEFING
SCHEDULE AND [PROPOSED] ORDER

1    WHEREAS, on April 10, 2014 the Court ordered that Plaintiff file her Motion for

2  Class Certification on or before May 27, 2014;

3    WHEREAS, on April 10, 2014, the Court ordered that a status conference be held

4  on June 5, 2014 at 10:30 a.m. to set a briefing schedule in response to Plaintiff's Motion for Class

5  Certification;

6    WHEREAS, on May 27, 2014 Plaintiff filed her Motion for Class Certification

7  and supporting documents;

8    WHEREAS, Defendant intends to depose William H. Green, whose declaration

9  was submitted in support of the Motion for Class Certification, and undertake additional internal

10  investigative efforts in support of its Opposition to Plaintiffs' Motion for Class Certification;

11    WHEREAS, the Parties have agreed, by and through their attorneys of record, that

12  the filing date for Defendant's Opposition to Plaintiff's Motion for Class Certification should be

13  July 31, 2014;

14    WHEREAS, the Parties have further agreed that the filing date for Plaintiffs'

15  Reply in Support of her Motion for Class Certification should not be set at this time but that the

16  Parties should meet and confer within one week after the filing of the Defendant's Opposition

17  regarding a proposed filing date for the Reply brief;

18    THEREFORE, subject to the approval of the Court, Named Plaintiff Ronie Richie

19  ("Plaintiff") and Defendant Blue Shield of California ("Defendant"), by and through their

20  respective counsel of record, hereby enter into the following stipulation:

21    1.    Defendant shall file its Opposition to Plaintiffs' Motion for Class

22  Certification on or before July 31, 2014;

23    2.    Plaintiff and Defendant shall meet and confer regarding a filing date for

24  Plaintiffs' Reply in Support of her Motion for Class Certification within one week after the filing

25  of Defendant's Opposition.

26  / / /

27  / / /

28  / / /

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
San Francisco

312286830.1                                        2                    JOINT STIPULATION RE BRIEFING
                                                                        SCHEDULE AND [PROPOSED] ORDER

1           3.      The status conference currently set for June 12, 2014 at 10:30 a.m. shall be

2 continued until on or about August 14, 2014 to set a schedule for Plaintiff's Reply in Support of

3 her Motion for Class Certification.

4

5 Dated:    May 29, 2014            MANATT, PHELPS & PHILLIPS, LLP

6

7

8                             By:  /s/ Christopher A. Rheinheimer
                                   Christopher A. Rheinheimer
                                   *Attorneys for Defendant*

9                                    BLUE SHIELD OF CALIFORNIA

10 Dated:    May 29, 2014            CLARK & TREGLIO, LLP

11

12

13                             By:  /s/ James M. Treglio
                                   James M. Treglio

14                                    *Attorneys for Plaintiff*
                                   RONIE RICHIE

15

16 I, *Christopher A. Rheinheimer*, attest that concurrence in the filing of this document has been

17 obtained from each of the signatories hereto.

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

312286830.1                           3                       JOINT STIPULATION RE BRIEFING
SCHEDULE AND [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

2          Based on the Parties' Stipulation and good cause appearing, the Court orders as

3  follows:

4          1.      Defendant shall file its Opposition to Plaintiffs' Motion for Class

5  Certification on or before July 31, 2014;

6          2.      Plaintiff and Defendant shall meet and confer regarding a filing date for

7  Plaintiffs' Reply in Support of her Motion for Class Certification within one week after the filing

8  of Defendant's Opposition.

9          3.      A status conference shall be held on ____8/14/14 at 10:30 a.m.____

10  to set a schedule for Plaintiff's Reply in Support of her Motion for Class Certification.

11

12          **IT IS SO ORDERED**.

13

14

15  Dated: ____6/3/14____

16

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

312286830.1                          4                JOINT STIPULATION RE BRIEFING
                                                     SCHEDULE AND [PROPOSED] ORDER