R. Craig Clark (SBN 129219)
James M. Treglio (SBN 228077)
**CLARK & TREGLIO**
205 W Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile:  (888) 273-4554

David Markham (CSB No.71814)
**THE MARKHAM LAW FIRM**
750 B St, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995

Walter Haines (SBN 071075)
walter@walterhaines.com
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Ave Suite 201
Huntington Beach, CA 92649
Telephone: (877) 696-8378
Facsimile:  (562) 256-1006

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONIE RICHIE, an individual, on behalf of herself, and those similarly situated and on behalf of the general public, <br><br>         Plaintiffs, <br><br>   v. <br><br> BLUE SHIELD OF CALIFORNIA, a California Corporation. <br><br>         Defendants. | No. CV 13 2693 EMC <br><br> **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** (modified) <br><br> Div: San Francisco <br> Judge: District Judge Edward M. Chen <br> Date of Filing: June 12, 2013 <br> Trial Date: None set |

WHEREAS, on April 10, 2014 the Court ordered that Plaintiff file her Motion for Class

1

        

Certification on or before May 27, 2014;

WHEREAS, on April 10, 2014, the Court ordered that a status conference be held on June 5, 2014 at 10:30 a.m. to set a briefing schedule in response to Plaintiff's Motion for Class Certification;

WHEREAS, on May 27, 2014 Plaintiff filed her Motion for Class Certification and supporting documents;

WHEREAS, the Court, pursuant to the Joint Status Report of the Parties, filed on May 29, 2014 set the date to file Defendant's Opposition to the Motion for Class Certification as July 31, 2014;

WHEREAS, the Defendant filed its Opposition to Plaintiffs' Motion for Class Certification and Conditional Certification on July 31, 2014;

WHEREAS, Plaintiff will seek the deposition of the Defendant's witnesses, Jane Marenco, Dawn Chayan, Candida Brundage and Kari Rivera to prepare her Reply in Support of the Motion for Class Certification and Conditional Certification;

WHEREAS, the Parties have met and conferred and have agreed that Plaintiff shall have until October 3, 2014 to file her Reply in Support of Plaintiff's Motions for Class Certification and Conditional Certification;

///

///

///

///

///

///

///

///

///

///

2

JOINT STIPULATION RE BRIEFING SCHEDULE
AND [PROPOSED] ORDER

Case No. 13-2693

1   THEREFORE, subject to the approval of the Court, Named Plaintiff Ronie Richie

2   ("Plaintiff") and Defendant Blue Shield of California ("Defendant"), by and through their

3   respective counsel of record, hereby enter into the following stipulation:

4        1.    Plaintiff shall file her Reply in Support of Plaintiffs' Motion for Class

5           Certification on or before October 3, 2014.

6

7   Dated: August 8, 2014           MANATT, PHELPS & PHILLIPS, LLP

8                           By: /s/ Christopher A. Rheinheimer
                               Christopher A. Rheinheimer

9

10                          *Attorneys for Defendant*
                            BLUE SHIELD OF CALIFORNIA

11  Dated: August 8, 2014           CLARK & TREGLIO

12

13                          By: /s/ James M. Treglio
                               James M. Treglio
                            *Attorneys for Plaintiff*

14                          RONIE RICHIE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          3

1                                              **[PROPOSED] ORDER**

2          Based on the Parties' Stipulation and good cause appearing, the Court orders as follows:

3          1.          Plaintiff shall file her Reply in Support of Plaintiffs' Motion for Class Certification

4   on or before October 2, 2014;

5          2.          The Hearing on Plaintiffs' Motions for Class Certfication and Conditional

6   Certification shall be held on _____ October 16, 2014 at 1:30 p.m.  The CMC

7          **IT IS SO ORDERED**.       is also reset for October 16, 2014 at
                                        1:30 p.m.  An updated joint CMC statement
8   Dated: _____August 8, 2014       due October 9, 2014. _____

9                                              Honorable Edward M. Chen

10

11                                                     IT IS SO ORDERED
                                                         AS MODIFIED
12

13                                                      Judge Edward M. Chen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                4