| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | Sharon B. Bauman (Bar No. CA 179312) |
| 2 | E-mail:  sbauman@manatt.com |
| | Christopher A. Rheinheimer (Bar. No. CA 253890) |
| 3 | E-mail:  crheinheimer@manatt.com |
| | One Embarcadero Center, 30th Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 291-7400 |
| 5 | Facsimile:  (415) 291-7474 |
| | |
| 6 | MANATT, PHELPS & PHILLIPS, LLP |
| | Andrew L. Satenberg (Bar No. CA 174840) |
| 7 | E-mail:  asatenberg@manatt.com |
| | 11355 West Olympic Boulevard |
| 8 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 9 | Facsimile:  (310) 312-4224 |
| | |
| 10 | Attorneys for Defendant |
| | BLUE SHIELD OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONIE RICHIE, an individual, On behalf of herself, and those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA, and DOES 1 - 100,<br><br>Defendants. | No.  CV 13 2693 EMC<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR FILING STIPULATED CLASS NOTICE;**<br><br>**[PROPOSED] ORDER**<br><br>Div:      San Francisco<br>Judge:  District Judge Edward M. Chen<br><br>Date of Filing:   June 12, 2013<br>Trial Date:        None set |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

313631992.1

JOINT STIPULATION EXTENDING
DEADLINE FOR CLASS NOTICE

1   WHEREAS, on December 9, 2014 the Court ordered that the parties file a
2   stipulated class notice on or before January 5, 2015;
3   WHEREAS, Defendant needs additional time to compile the list of class members
4   to which the stipulated class notice is to be sent;
5   WHEREAS, the Parties have agreed, by and through their attorneys of record, that
6   the filing date for the parties' stipulated class notice should be extended sixty (60) days, until
7   March 6, 2015;
8   THEREFORE, subject to the approval of the Court, Named Plaintiff Ronie Richie
9   ("Plaintiff") and Defendant Blue Shield of California ("Defendant," collectively with Plaintiff,
10  the "Parties"), by and through their respective counsel of record, hereby enter into the following
11  stipulation:
12   1.   The Parties shall file the stipulated class notice on or before March 6, 2015.

Dated:   December 11, 2014          MANATT, PHELPS & PHILLIPS, LLP


                                    By: /s/ Christopher A. Rheinheimer
                                        Christopher A. Rheinheimer
                                        *Attorneys for Defendant*
                                        BLUE SHIELD OF CALIFORNIA

Dated:   December 11, 2014          CLARK & TREGLIO, LLP


                                    By: /s/ James M. Treglio
                                        James M. Treglio
                                        *Attorneys for Plaintiff*
                                        RONIE RICHIE


I, *James M. Treglio*, attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

**[PROPOSED] ORDER**

Based on the Parties' Stipulation and good cause appearing, the Court orders as follows:

1. The deadline for the Parties to file the stipulated class notice is extended to March 6, 2015.

**IT IS SO ORDERED**.

Dated: 12/16/14  _____

_____
Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

# DECLARATION OF SERVICE

### *RONIE RICHIE v. BLUE SHIELD OF CALIFORNIA*
United States District Court-Central District Case No. CV13 2693 EMC

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 205 w Date Street, San Diego, CA 92101. On December 12, 2014, I served the document(s) described as:

**(1) JOINT STIPULATION EXTENDING DEADLINE FOR FILING STIPULATED CLASS NOTICE;**

on the following interested parties and in the manner as follows:

☒ **BY ELECTRONIC ACCESS:** pursuant to Electronic Filing General Order 08-02 and Local Rule 5-4, I hereby certify that the above documents were uploaded to the ECF website and will be posted on the Website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY PERSONAL SERVICE:** by causing the document(s) listed above to be delivered by hand to offices of the addressee(s).

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY OVERNIGHT DELIVERY:** by enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 12, 2014, at San Diego, California.

*/s/ Elizabeth Wilton*
Elizabeth Wilton

---

1
**DECLARATION OF SERVICE**