MANATT, PHELPS & PHILLIPS, LLP
Sharon B. Bauman (Bar No. CA 179312)
Email: sbauman@manatt.com
Christopher A. Rheinheimer (Bar. No. CA 253890)
Email: crheinheimer@manatt.com
Sunny Hwang (Bar No. CA 296278)
Email: shwang@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

MANATT, PHELPS & PHILLIPS, LLP
Andrew L. Satenberg (Bar No. CA 174840)
Email: asatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendant*
BLUE SHIELD OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONIE RICHIE, an individual, On behalf of herself, and those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA, a California corporation,<br><br>Defendants. | No.  CV 13 2693 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME** (modified)<br><br>Date:  N/A<br>Time:  N/A<br>Div:    San Francisco<br>Judge:  Hon. Edward M. Chen<br><br>Date of Filing:  June 12, 2013<br>Trial Date:      February 1, 2016 |

1  Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, and for the reasons set forth in the
2  accompanying Declaration of Christopher A. Rheinheimer, Plaintiff Ronie Richie and Defendant
3  Blue Shield of California jointly request an enlargement of time as to all dates and deadlines in
4  the Action, including trial, as follows:

| Event | Previous Date or Deadline | Requested Date or Deadline |
|---|---|---|
| Completion of Private Mediation | ~~07/30/15~~ 8/31/15 | 08/31/15 |
| Status Conference | ~~08/20/15~~ 9/3/15 | 09/17/15 |
| Dispositive Motion Deadline | 10/22/15 | 11/19/15 |
| Non-Expert Discovery Deadline | 10/30/15 | 11/30/15 |
| Expert Disclosure Deadline | 10/15/15 | 11/15/15 |
| Rebuttal Expert Disclosure Deadline | 10/29/15 | 11/29/15 |
| Expert Discovery Deadline | 11/22/15 | 12/22/15 |
| Final Pretrial Conference | 01/05/16 | 02/02/16 |
| Trial Date | 02/01/16 | 02/29/16 |

Dated:   May 20, 2015              CLARK & TREGLIO


By: /s/ James M. Treglio
    James M. Treglio
    *Attorneys for Plaintiff*
    RONIE RICHIE and CERTIFIED CLASS


Dated:   May 20, 2015              MANATT, PHELPS & PHILLIPS, LLP



By: /s/ Christopher A. Rheinheimer
    Christopher A. Rheinheimer
    *Attorneys for Defendant*
    BLUE SHIELD OF CALIFORNIA


*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), Christopher A. Rheinheimer hereby attests that concurrence in the filing of this document has been obtained.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. (as modified above)

Dated: 5/27/15

_____
U.S. District Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

314512934.1