R. Craig Clark (SBN 129219)
James M. Treglio (SBN 228077)
**CLARK & TREGLIO**
205 West Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile:  (888) 273-4554

David Markham (SBN 071814)
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995

Walter Haines (SBN 071075)
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (877) 696-8378
Facsimile:  (562) 256-1006

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RONIE RICHIE, an individual, on behalf of herself, and those similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, a California Corporation,<br><br>Defendants. | Case No.: CV 13 2693 EMC<br><br>Assigned to Judge Edward M. Chen<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 24, 2015<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

Plaintiff Ronnie Richie and Defendant Blue Shield of California (collectively "the Parties") hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment:

WHEREAS, Defendant filed a Motion for Partial Summary Judgment on August 13, 2013, thereby making Plaintiff's opposition to Defendant's Motion due on August 27, 2015 and Defendant's reply to Plaintiff's opposition due on September 3, 2015;

WHEREAS, on August 18, 2015, the Parties engaged in a mediation before well respected mediator David Rotman, Esq., of Gregorio, Haldeman, & Rotman;

WHEREAS, the mediation ended with a mediators proposal, with a response being due on August 26, 2015;

WHEREAS, to allow the Parties time to communicate with their clients and to consider the mediator's proposal, the Parties have agreed to extend the due date for Plaintiff's opposition to Defendant's Motion from August 27, 2015 to September 15, 2015.

NOW THEREFORE, THE PARTIES AGREE AND STIPULATE THAT:

1. The hearing date for Defendant's Motion for Partial Summary Judgment is continued to October 15, 2015;
2. The deadline for Plaintiff to file an opposition to Defendant's Motion is September 15, 2015; and
3. The deadline for Defendant to file a reply to Plaintiff's opposition is September 24, 2015.

Dated: August  24 , 2015        **CLARK & TREGLIO**

By: /s/ James M. Treglio
    R. Craig Clark
    James M. Treglio

Attorneys for Plaintiff and the Class

Dated: August  24 , 2015        **MANATT, PHELPS & PHILLIPS, LLP**

By: /s/ Sharon B. Bauman
    Sharon B. Bauman
    Christopher A. Rheinheimer
    Sunny Hwang

Attorneys for Defendant

## [~~PROPOSED~~] ORDER

PURSUANT TO PARTIES STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The hearing date for Defendant's Motion for Partial Summary Judgment is continued to October 15, 2015;
2. The deadline for Plaintiff to file an opposition to Defendant's Motion is September 15, 2015; and
3. The deadline for Defendant to file a reply to Plaintiff's opposition is September 24, 2015.

Dated: _____8/25/15_____



_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT