MANATT, PHELPS & PHILLIPS, LLP
Sharon B. Bauman (Bar No. CA 179312)
Email: sbauman@manatt.com
Christopher A. Rheinheimer (Bar. No. CA 253890)
Email: crheinheimer@manatt.com
Sunny Hwang (Bar No. CA 296278)
Email: shwang@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

MANATT, PHELPS & PHILLIPS, LLP
Andrew L. Satenberg (Bar No. CA 174840)
Email: asatenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
BLUE SHIELD OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONIE RICHIE, an individual, On behalf of herself, and those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA, a California corporation,<br><br>Defendants. | No. CV 13 2693 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATES RELATING TO NOTICE OF CLASS SETTLEMENT**<br><br>Div: San Francisco<br>Judge: Hon. Edward M. Chen<br><br>Date of Filing: June 12, 2013<br>Trial Date: N/A |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

316328514.1

STIPULATION FOR CONTINUANCE OF
DATES RE NOTICE OF SETTLEMENT

Plaintiff Ronnie Richie and Defendant Blue Shield of California (collectively, "the Parties") hereby stipulate to extend the time for giving notice of settlement to the class and related dates, and to continue the Final Approval Hearing, as follows:

WHEREAS, on December 23, 2015, this Court entered the Order of Preliminary Approval of Class Action Settlement, Setting of Fairness Determination Hearing, and Approval of Notice to the Class (the "Order");

WHEREAS, the Order required that the Claims Administrator mail a Notice Packet to each member of the Settlement Class by January 12, 2016;

WHEREAS, the Order set forth the deadline for the return of claims forms and/or opt out forms based on the mailing of class notice by January 12, 2016;

WHEREAS, due to unexpected logistical issues, the Claims Administrator did not mail the Notice Packets by the January 12, 2016 deadline;

WHEREAS, the Parties are working with the Claims Administrator to send out the Notice Packet as soon as possible;

THEREFORE, the Parties agree and stipulate that the schedule relating to class notice and the final approval of the class settlement should be continued as follows, with all other dates set forth in the Order to remain unchanged:

| Event | Previous Date or Deadline | Requested Date or Deadline |
|---|---|---|
| CPT Group to Mail Notice Packet | 1/12/2016 | 3/25/2016 |
| Requests for Exclusion Must Be Postmarked By: | 3/12/2016 | 5/24/2016 |
| Final Approval Hearing | 4/14/2016 at 1:30 p.m. | 6/24/2016 at 1:30 p.m. |
| Deadline to File Briefs in Support of proposed Settlement (other than fee motion) | 3/7/2016 | 5/17/2016 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

316328514.1

1

STIPULATION FOR CONTINUANCE OF
DATES RE NOTICE OF SETTLEMENT

Dated: March 3, 2016         CLARK & TREGLIO


By: /s/ R. Craig Clark
    R. Craig Clark
    *Attorneys for Plaintiff*
    RONIE RICHIE and CERTIFIED CLASS

Dated: March 3, 2016         MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Christopher A. Rheinheimer
    Christopher A. Rheinheimer
    *Attorneys for Defendant*
    BLUE SHIELD OF CALIFORNIA

*Filer's Attestation:  Pursuant to Local Rule 5-1(i)(3), Christopher A. Rheinheimer hereby attests that concurrence in the filing of this document has been obtained.*

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court modifies the schedule set forth in the Order of Preliminary Approval of Class Action Settlement, Setting of Fairness Determination Hearing, and Approval of Notice to the Class (the "Order") as follows, with all other dates set forth in the Order to remain unchanged:

| Event | Previous Date or Deadline | Requested Date or Deadline |
|---|---|---|
| CPT Group to Mail Notice Packet | 1/12/2016 | 3/25/2016 |
| Requests for Exclusion Must Be Postmarked By: | 3/12/2016 | 5/24/2016 |
| Final Approval Hearing | 4/14/2016 at 1:30 p.m. | 6/23/2016 at 1:30 p.m. |
| Deadline to File Briefs in Support of proposed Settlement (other than fee motion) | 3/7/2016 | 5/17/2016 |

Dated:  3/4/16

_____
Judge Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen